Prob 35 (VAE Rev. 02/14)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.    Crim. No. 3:06CR340-010

DONNELL O'NEIL SHANKLIN

On November 22, 2017, the above-named defendant was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Christopher Zychowski
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __17th__ day of __April__, 20__20__.

_____ /s/
The Honorable Henry E. Hudson
Senior United States District Judge

**TO CLERK'S OFFICE**